UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**CHARLES MITCHELL,**  CASE NO.   1:12-CV-543

  Plaintiff,  **Judge Timothy S. Black**
  **Magistrate Judge Karen L. Litkovitz**

**-vs-**

**AMERICAN CAMPUS COMMUNITIES
SERVICES, INC.,** *et al.,*

   Defendants.

_____

**JUDGMENT IN A CIVIL CASE**
_____

[ ]   **Jury Verdict:** This action came before the Court for a trial by jury.   The issues have been tried and the Jury has rendered its verdict.

[X]   **Decision by Court:** This action came to trial or hearing before the Court.   The issues have been tried or heard and a decision has been rendered,

**IT IS ORDERED AND ADJUDGED** that the United States Magistrate Report and Recommendations (Doc. 9) is **ADOPTED**; and this case is **CLOSED** on the docket of this Court.

Date: October 2, 2012

**JOHN P. HEHMAN, CLERK**
By: *s/ M. Rogers*
Deputy Clerk